U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| ANITA UDELL | FILED: JUNE 02, 2008 |
| Plaintiff, | 08CV3177    TC |
| v. | JUDGE GUZMAN |
| WELLS FARGO FINANCIAL, INC. | MAGISTRATE JUDGE SCHENKIER |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANITA UDELL, Plaintiff

| |
|---|
| NAME (Type or print) <br> Robin Potter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robin Potter |
| FIRM <br> Robin Potter & Associates |
| STREET ADDRESS <br> 111 East Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3123932 | TELEPHONE NUMBER <br> (312) 861-1800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐