# WELLS FARGO FINANCIAL, INC.
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Wells Fargo Financial, Inc. as a Plaintiff to assert

claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

and any applicable state laws.  During my employment there were occasions when I worked over 40

hours per week for Wells Fargo Financial, Inc. as a credit manager or assistant manager and was not paid

for all hours worked.

Anita Udell

*If any of the above information has changed, please update.*

Signature

8 - 1 - 06

Date

REDACTED

Mail or Fax to:  **Fax: (612) 215-6870**
**Nichols Kaster Anderson, PLLP (Attn: Rachhana Srey)**
**80 South 8th Street, Suite 4600, Minneapolis, MN 55402**
**Toll Free Telephone:  (877) 448-0492**

51