# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Anita Udell, on behalf of herself and a class of those similarly situated

**DEFENDANTS**
Wells Fargo Financial, et al

**(b)** County of Residence of First Listed Plaintiff: DuPage County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Polk County, IA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ROBIN POTTER & ASSOCIATES,
111 East Wacker Drive, S. 2600
Chicago, IL 60601
Telephone: 312- 861-1800

Attorneys (If Known)
Joan Fife, Winston & Strawn, LLP
101 California Street, San Francisco, CA 94111
T: 415-591-1000

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 710 Fair Labor Standards Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
FLSA, 29 U.S.C. § 216(b), Wage and Hour Violation

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $75,000+
JURY DEMAND: [X] Yes [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: May 23, 2008
SIGNATURE OF ATTORNEY OF RECORD: s/Robin Potter

FILED: JUNE 02, 2008
08CV3177 TC
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER

| Date Filed/Status | Court | Case Name | File No. |
| --- | --- | --- | --- |
| April 14, 2008 | U.S.D.C. Central District of CA | Dizon et al v. Wells Fargo Financial, Inc. et al | 2:08-cv-2435-GPS-PJWx |
| April 23, 2008 | U.S.D.C. District of Colorado | Kenawell v. Wells Fargo Financial, Inc. et al | 1:08-cv-00838-RPM |
| April 16, 2008 | U.S.D.C. District of Nevada | Lewis et al v. Wells Fargo Financial, Inc. et al | 2:08-cv-00478-JCM-LRL |
| April 17, 2008 | U.S.D.C. District of New Jersey | David et al v. Wells Fargo Financial, Inc. et al | 2:08-cv-01891-FSH-MAS |
| April 22, 2008 | U.S.D.C. District of West Virginia | Lover et al v. Wells Fargo Financial, Inc. et al | 1:08-cv-00107-IMK |
| April 14, 2008 | U.S.D.C. Eastern District of CA | Salgado et al v. Wells Fargo Financial, Inc. et al: | 2:08-cv-00795-FCD-KJM |
| April 24, 2008 | U.S.D.C. Southern District of TX | Casillas et al v. Wells Fargo Financial, Inc. et al: | 4:08-cv-01258 |
| April 25, 2008 | U.S.D.C. District of Idaho | McReynolds et al v. Wells Fargo Financial et al | 1:08-cv-00183-EJL |
| April 30, 2008 | U.S.D.C. District of Ohio- Southern | Walls et al v. Wells Fargo Financial et al | 1:08-cv-00296-MRB |
| May 5, 2008 | U.S.D.C. Northern District of Georgia | Kirkland et al v. Wells Fargo Financial et al | 1:08-cv-01640-TWT |
| May 14, 2008 | U.S.D.C. District of South Carolina | Whitt et al v. Wells Fargo Financial, et al. | 2:08-cv-01903-PMD |