## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08-cv-03177 RAG

Udell et al v. Wells Fargo Financial et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br> Paul J. Lukas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Paul J. Lukas | |
| FIRM<br> Nichols Kaster & Anderson, PLLP | |
| STREET ADDRESS<br> 4600 IDS Center, 80 South 8th Street | |
| CITY/STATE/ZIP<br> Minneapolis, MN  55402 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> MN 22084x | TELEPHONE  NUMBER<br> 612-256-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ✓    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |