**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Anita Udell, on behalf of herself and a class of those similarly situated,<br><br>                       Plaintiffs,<br><br>   vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial Illinois, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br>       Defendants. | Case No. 1:08-cv-3177 RAG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by her attorneys, hereby dismisses the above referenced matter without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:__7.24.08_____    By: ___s/Paul J. Lukas_____

                                                              Donald H. Nichols, MN State Bar No. 78918
                                                              nichols@nka.com
                                                              Paul J. Lukas, MN State Bar No. 22084X
                                                               lukas@nka.com
                                                              NICHOLS KASTER & ANDERSON, PLLP
                                                              4600 IDS Center
                                                               80 S. 8th Street
                                                               Minneapolis, MN 55402

                                                              Bryan J. Schwartz, CA State Bar No. 209903
                                                             (*pro hac vice* application pending)
                                                             NICHOLS KASTER & ANDERSON, LLP
                                                             One Embarcadero Center
                                                             Ste. 720
                                                             San Francisco, CA 94111

Robin Potter (IL State Bar No 3123932)
robinpotter@igc.org
ROBIN POTTER & ASSOCIATES
111 East Wacker Drive, S. 2600
Chicago, IL  60601
Telephone: 312- 861-1800
Facsimile: 312- 861-3009

Attorneys for Plaintiff